UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN EDWARD MAHONEY
    Plaintiff,

Vs.

Article III Case No. _____

UNITED STATES DEPARTMENT,
OF JUSTICE INC.,
UNITED STATES OF AMERICA INC.
U.S. FEDERAL JUDGE PATTI B. SARIS,
U.S. FEDERAL JUDGE JOSEPH N.,
LAPLANTE, DR. SHAWN CHANNELL,
DR. MART, and DR. DANIEL KEIGMAN,
U.S. MARSHL'S OFFICE BOSTON and,
UNKNOWN OFFICER'S, U.S. CHIEF,
FEDERAL PROBATION OFFICER and,
U.S. FEDERAL PROBATION OFFICER'S
JUSTIN PROPHETIC, JUSTIN ALBERALA,
And JOHN BRACAMONT

**JURY DEMAND TRIAL**

    Defendant(s)

## COMMON LAW CRIMINAL COMPLAINT IN THE ADMIRALTY FOR THE PERPETRATION OF KIDNAPPING, INVOLUNTYARY SERVITUDE AND TORTURE 42 U.S.C., Sec 1983/BIVENS CLAIM

### DEFINTIONS. TITLE 18 UNITED STATES CODE

TITLE 18 UNITED STATES CODE. PART 1 CRIMES. CHAPTER 55. KIDNAPPING S. 1201
  (a) Whoever unlawfully…confines…and holds for ransom or reward or otherwise any Person…

TITLE 18 UNITED STATES CODE. PART 1 CRIMES. CHAPTER 113C TORTURE S. 2340
1. "torture" means an act committed by a person acting under color of law specifically intended to inflict severe…mental pain or suffering…upon another person within his custody or physical control;
2. "severe mental pain or suffering" means the prolonged mental caused by or resulting from-
(B) The administration or application, or threatened administration or application, of mind Altering substances or the other procedures calculated to disrupt profoundly the senses or Personality.

## CONSTITUTIONAL AUTHORITIES

3. **Constitution for the United States of America. Amendment #4.** (illegal search and seizure). The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrant shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

4. **Constitution for the United States of America. Amendment #7.** (Right to trial by jury in suits at common law). In all suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise reexamined in any court of the United States, other than according to the rules of the common law.

5. **Constitution for the United States of America. Amendment #8.** (cruel and unusual punishments). Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

6. **Constitution for the United States of America. Amendment #13.** (Slavery and involuntary servitude prohibited). Neither slavery nor involuntary servitude…shall exist within the United States.

7. **Constitution for the United States of America. Amendment #15.** (No right shall denied or abridged by the United States or any state). The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state on account of race, color, or previous condition of servitude. The Congress shall have power to enforce this article by appropriate legislation.

## GLOSSARY II

### MERRIAM WEBSTER'S DICTIONARY OF LAW

SERVITUDE-
   A condition in which an individual lacks liberty especially to determine his or her course of action or way of life.

## JURISDICTION AND VENUE

8. This action is brought under 42 U.S.C. Sec. 1983 and Massachusetts law to redress Defendant's tortious conduct and their deprivation of Plaintiff's right secured by the U.S. Constitution.

9. This Court has jurisdiction of Plaintiff's federal claims under 28 U.S.C. Sec. 1331 and supplemental jurisdiction of his state-law claims under 28 U.S.C. Sec. 1367.

10. Venue is proper under 28 U.S.C. Sec. 1391(b). Plaintiff resides in this judicial district and the events and omissions giving rise to Plaintiff's claims occurred within this judicial district. Moreover, on information and belief, many of the Defendants reside in

Massachusetts and are subject to the personal jurisdiction of the courts in this judicial district.

## NOTICE OF CLAIMS

## AFFIDAVIT OF BRIAN E. MAHONEY

11. On November 05, 2010 I was taken into custody, as a prisoner, and placed into custody, as a prisoner, and placed into the custody of the United States Attorney. I was initially charged with a failure to register, a non-violent offense in which I have been in custody for the last 16-years.

12. On April 29, 2011 I did agreed to a psychological evaluation to determine my competency to stand trial (hereinafter "the evaluation"). The evaluation lasted 61-days, was performed by a Federal Bureau of Prisons forensic psychologist named Dr. Kissin. Dr. Kissin found me competent to stand trial on July 18, 2011 @ the Federal Medical Center in Devens @ Ayer, MA.

13. The Judge Joseph N. LaPlante was not satisfied with the results of the evaluation (Dr. Kissin finding me competent to stand trial) and ordered a 2nd evaluation by psychological Dr. Mart (hereinafter "the 2nd psychological evaluation") which only lasted two (2) hours, and it was performed by Dr. Mart @ the Strafford House of Correction in Dover, New Hampshire.

14. The 2nd psychological evaluation was performed in October 30, 2011. In the 2nd evaluation Dr. Mart (after only two (2) hours) falsely diagnosed me with a mental illness that I do not suffer from (delusional disorder and Bipolar 1) and falsely claimed that I was not competent to stand trial.

15. On June 29, 2012, I was then sent to competency restoration (hereinafter "restoration") where I was administered the mind altering drugs of 2mg kolprins and 50mg Seroquel. I was processed through restoration for two (2) years and then found not restorable by Dr. Shawn Channell.

16. On February 21, 2013 under the disguise of another competency hearing the corporate attorney, acting as a Judge Joseph N. LaPlante, ordered a risk assessment (hereinafter "the assessment") to determine whether or not I presented a danger to the community.

17. The assessment was performed by Dr. Shawn Channell (@ the Federal Medical Center Devens in Ayer, Massachusetts) who falsely claimed that I was dangerous to the community, in June 12, 2012. Dr. Channell's false claims of dangerousness were based upon four (4) prior misdemeanor charges of assault & battery, (three (3) of which were 27 to 30-years old (1977, 1978, 1979) and the fourth was 13-years old (1995); and only one (1) felony appears on my criminal history report of assault with intent to rape with a

   weapon along with assault & battery which was 25-years old and I was actually innocent of (1982 charge and 1983 conviction)).
18. These convictions were when I was 18 to 34-years old. At the time that Dr. Channell falsely claimed I to be dangerous to the community I was 55-years old and it had been 22-years since any prior convictions of incarceration.

19. Based upon Dr. Channell's bogus/fraudulent risk assessment and Dr. Mart's bogus/false diagnosis of mental illness and false claims of incompetency to stand trial the court ordered my sole charge dismissed on March 11, 2014 and ordered me civilly committed into an insane asylum, where I have been the past 16-years and now currently on federal probation when Dr. Channell committed fraud by using four (4) different Brian Mahoney's and not one of them was me.

20. Dr. Channell stated that the Federal Prosecutor sent him the four (4) different Brian Mahoney's and it was not his fault. But yet I am still under the control of the federal government who never had subject matter jurisdiction.

21. I am now 66-years old. I have a room for $1,200 a month, I have been there for 14 months, I am working two jobs, and on a federal shut down my federal probation officer came to see me twice this week, and on a Saturday morning without any notice even though I have had 35 urines (all negative), and I have been working on my state case to overturn my 1983 conviction (because I was actually innocent of in which Federal Judge Patti B. Saris civilly committed me to).

22. The maximum sentence for the crime that I was accused of is 10-years (the charge was dismissed, and in Massachusetts a first time failure to register is only 30-months, but yet 16-years later I am still under federal jurisdiction).

23. I was never tried convicted or sentence in New Hampshire Judge LaPlante dismissed this charge over 12-years ago. I was kidnapped and tortured extensively during this 16-years period. Not only with altering drugs, but also with the profound disruption of my personality, as a result of involuntary servitude and kidnapping, and the federal government does not have subject matter jurisdiction because the original charge 1983 conviction was a state offense, not federal offender another defect.

I Brian E. Mahoney, in this Article III Court of Record, under pains and penalty of perjury state the following to be true and correct to the best of affiant's knowledge and belief which is all backed up with the official transcripts of the proceedings:

I am the author of this common law criminal complaint. I do declare that the information herein is true and correct, under the federal law(s) of the Constitution and the statute(s) of 28 U.S.C., Sec. 1746 and 18 U.S.C., Sec. 1621:

Dated; October 06, 2025

Respectfully Submitted By,

Brian E. Mahoney, filing Pro Se
8 Blanvon Road, Apt. #1
Jamaica Plain, Massachusetts 02130
Email: Bmahoney52359@gmail.com
Mobile: (617) 655-29

## DEMAND FOR REDRESS OF GRIEVANCE

1. I demand to be released from involuntary servitude.
2. I demand $1,000,000.00 million dollars per year of involuntary servitude that I have suffered from and continue to suffer from. This is pursuant to **Peter Limone v. United States,** 579 F.3d 79 (1st Cir. August 28, 2009). The First Circuit Court of Appeals has confirmed and affirmed this amount for any wrongful incarceration in the First Circuit.

## PRAYER FOR RELIEF

Brian Edward Mahoney, prays for relief in this amount for kidnapping and the involuntary servitude and torture that has been done to me as well and is continuing even those the maximum sentence if I was found guilty has long past decades ago and I was held in five different facilities and five different States including being in Wyatt detention facilities during covid-19 to hide me from being released, and this was done with pure evil by U.S. District Judge Patti B. Saris who has now since retired. "So help me God".

Dated: October 06, 2025

Brian Edward Mahoney, Filing Pro Se