AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

__BRIAN E. MAHONEY__
Plaintiff/Petitioner

v.

__U.S. OF AMERICA, Ect.__
Defendant/Respondent

Civil Action No.

*[Filed stamp: U.S. DISTRICT COURT DISTRICT OF MASS 2025 OCT -6 PM 4:30 FILED IN CLERKS OFFICE]*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 1,800 | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ 1,800  0.00 | $      0.00 | $      0.00 | $      0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ __NONE__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 0 |
| Other real estate (Value) | $ 0 |
| Motor vehicle #1 (Value) | $ 0 |
|     Make and year: | |
|     Model: | 0 |
|     Registration #: | |
| Motor vehicle #2 (Value) | $ 0 |
|     Make and year: | |
|     Model: | 0 |
|     Registration #: | |
| Other assets (Value) | $ 0 |
| Other assets (Value) | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 1,200 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 90.00 | $ |
| Home maintenance (repairs and upkeep) | $ 60.00 | $ |
| Food | $ EBT | $ |
| Clothing | $ 100.00 | $ |
| Laundry and dry-cleaning | $ 15.00 | $ |
| Medical and dental expenses | $ N/A | $ |
| Transportation (not including motor vehicle payments) | $ 30.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 0 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments |  |  |
|     Motor vehicle: | $ 0 | $ |
|     Credit card (name): | $ 0 | $ |
|     Department store (name): | $ 0 | $ |
|     Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* CAblE | $ 129.00 | $ |
|---|---|---|
| Other *(specify)*: | $ 0 | $ |
| Total monthly expenses: | $ 1,700  0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☒ Yes ☐ No

   If yes, how much?  $ 1,000 For AN Attorney

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

   I just was REIFASED AFTER 20y(FAC), AND I have bEEN Out Since April 24, 2024

12. Identify the city and state of your legal residence.

   MASSAchusEtts

   Your daytime phone number: (617) 655-2938
   Your age: 66    Your years of schooling: G.E.D.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN EDWARD MAHONEY,
    Plaintiff,

Vs.                                              **ARTICLE III CASE NO.**_____

UNITED STATES DEPARTMENT,       **JURY TRIAL DEMANDED**
OF JUSTICE INC.,
UNITED STATES OF AMERICA INC.,
U.S. FEDERAL JUDGE PATTI B. SARIS,
U.S. FEDERAL JUDGE JOSEPH N. LAPLANTE,
DR. SHAWN CHANNELL, DR. MART, and
DR. KEIGMAN, U.S. MARSHAL'S OFFICE
BOSTON and UNKNOWN NEW HAMPSHIRE,
U.S. MARSHAL'S OFFICE and UNKNOWN,
U.S. PROBATION OFFICER JUSTIN PROPHETIC,
JUSTIN ALBRIEGA, JOHN BRACAMONTE, and,
CHIEF PROBATION OFFICER RICARDO R. CARTER,
    Defendant(s).



## MOTION TO PROCEED IN FORMA PAUPERIS AND
## WITHOUT PAYMENT OF FILING FEES

    **NOW COMES** the Plaintiff, Brian E. Mahoney, and files this, his Motion to Proceed In Forma Pauperis without payment of filing fees on attached civil complaint, and would show the Honorable Court as follows:

### JURISDICTION

    Jurisdiction is allowed pursuant to 28 U.S.C. Sec. 1915(g), as Plaintiff/Movant is a civil detainee, who is in "imminent danger" and held unlawfully by FMC Devens and Federal Probation Department absent any proof of lawfully jurisdiction. Plaintiff's status is "public record" in related matter **United States v. Brian Mahoney**, 1:11-cr-06-JL (D.N.H. 2011); **United States v. Brian Mahoney**, 1:13-cv-11530-PBS (D. Mass. June, 2013).

### ARGUMENT

Plaintiff was housed with convicted criminal and is now subject to U.S. Federal Probation based on false and perjured charging instruments prohibited by Congress in 18 U.S.C. Sec. 1623. Plaintiff is being "tortured" absent proof of any lawful authority to hold me. Plaintiff submits his

ankle was re-shattered, and I have been subjected to a brutal beating by New Hampshire State "officials" which originally shattered my ankle and elbow in January, 2007 by false information sent by the Sex Offender Registry Board after falsely accusing me of being a rapist.

    Movant, Brian E. Mahoney is without any funds to prepay the filing fee, see: Exhibit "1" attached, and submits this complaint is brought forth in good faith on irrefutable evidence attached to the complaint.

    **WHEREFORE,** premises considered, Plaintiff Brian E. Mahoney does file this, his Motion to Proceed In Forma Pauperis without payment of filing fees, and would move this Honorable Court to **GRANT** this motion for all just reasons as asserted herein.

Dated: <u>October 06, 2025</u>             Respectfully Submitted By,

*/s/ Brian E. Mahoney*

Brian E. Mahoney, filing Pro Se
8 Blanvon Road, Apt. #1
Jamaica Plain, MA  02130
Email: Bmahoney52359@gmail.com
Mobile: (617) 655-2938

ankle was re-shattered, and I have been subjected to a brutal beating by New Hampshire State "officials" which originally shattered my ankle and elbow in January, 2007 by false information sent by the Sex Offender Registry Board after falsely accusing me of being a rapist.

    Movant, Brian E. Mahoney is without any funds to prepay the filing fee, see: Exhibit "1" attached, and submits this complaint is brought forth in good faith on irrefutable evidence attached to the complaint.

    **WHEREFORE,** premises considered, Plaintiff Brian E. Mahoney does file this, his Motion to Proceed In Forma Pauperis without payment of filing fees, and would move this Honorable Court to **GRANT** this motion for all just reasons as asserted herein.

Dated: October 06, 2025

Respectfully Submitted By,

Brian E. Mahoney, filing Pro Se
8 Blanvon Road, Apt. #1
Jamaica Plain, MA  02130
Email: Bmahoney52359@gmail.com
Mobile: (617) 655-2938



